```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX099333
Cashier ID: ahl
Transaction Date: 06/09/2021
Payer Name: Lauren Regan
--------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Lauren Regan
 Amount:         $402.00
--------------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
--------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:       $0.00

Civil Filing Fee
21-cv-01421-GPG

A fee of $53.00 will be assessed on
any returned check.
```