IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1421-GPG

ERIC KING,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
CATHY GOETZ; former Warden FCI Florence;
D.K. LENNOX; Acting Warden FCI Florence;
CHARLES A. DANIELS; Warden; USP Florence;
J. OLIVER; Warden; USP Florence;
NICOLE ENGLISH; Regional Director; USP Leavenworth;
JOHN F. WILLIAMS; Warden; FCI Englewood;
CHRISTOPHER GOMEZ; Correctional Institution Administrator; USP McCreary;
GREGORY KIZZIAH; Warden; USP McCreary;
ERLINDA HERNANDEZ; Associate Warden; FCI Florence;
TONYA HAWKINS; Warden; FCI Florence;
DONALD WILCOX;
JEFFREY KAMMRAD;
ROBERT GICONI;
DUSTIN GUSTAFSON;
FREDERICK LOPEZ;
KEVIN CAROLL;
BRANDON PARISH;
RICHARD WHITE;
ALFRED GARDUNO;
TERRA BRINK;
MICHELLE ABRAHAM;
LEANN REYNOLDS;
RONALD BATOUCHE;
LOREENA FRABONI;
D. CHRISTENSEN;
MARK MELVIN;
LIEUTENANT HERBIG; Special Investigative Services; FCI Englewood;
LIEUTENANT QUEZADA; Special Investigative Services; FCI Englewood;
CAPTAIN SAPP;
LIEUTENANT COOPER;
OFFICER HAIGHT;
OFFICER WILLIS;

LIEUTENANT STARCHER; and
JOHN DOES 1-10; Unknown Federal Agents or Employees (FCI Florence Does; USP McCreary Does; USP Leavenworth Does; and USP Lee Does),

      Defendants.

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order dated September 8, 2021 (Docket # 23), counsel for plaintiff Eric King provides the following status report.

Plaintiff is prepared to file a proposed Second Amended Complaint, adding a claim under the Federal Tort Claims Act, *in the alternative to* the *Bivens* claim (not dismissing the *Bivens* claim). Undersigned counsel represents Mr. King in a criminal matter that is set for trial in this District October 12, 2021, in front of Judge Martinez (19-cr-257-WJM). Many of the facts in that criminal case overlap the allegations in the instant civil lawsuit. In preparing for that criminal trial, and based upon the criminal discovery that has been produced by the government, it appears to undersigned counsel that it would be in the interests of judicial efficiency to postpone the filing of the proposed Second Amended Complaint until after that trial, as counsel anticipates further amending the complaint to conform some of the allegations to the evidence in the criminal case, and perhaps, accordingly, modify plaintiff's claims.

Plaintiff therefore respectfully requests that the Court allow plaintiff until November 1, 2021, to file a motion to amend and submit a proposed Second Amended Complaint.

Respectfully submitted September 22, 2021.

                                    *s/ Lauren Regan*
                                LAUREN REGAN
                                Oregon State Bar #970878
                                Civil Liberties Defense Center

1430 Willamette St. #359
Eugene; Oregon 97401
541.687.9180
lregan@cldc.org
Attorney for Plaintiff