IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01421-CNS-KAS

ERIC KING,

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
CATHY GOETZ, Former Warden FCI Florence,
D.K. LENNON, Acting Warden FCI Florence,
JOHN F. WILLIAMS, Warden, FCI Englewood,
ERLINDA HERNANDEZ, Associate Warden, FCI Florence,
TONYA HAWKINS, Warden, FCI Florence,
DONALD WILCOX,
JEFFREY KAMMRAD,
ROBERT GICONI,
DUSTIN GUSTAFSON,
KEVIN CAROLL,
RICHARD WHITE,
ALFRED GARDUNO,
TERRA BRINK [NOW TERRA MAINE],
MICHELLE ABRAHAM,
LEANN REYNOLDS,
RONALD BATOUCHE,
LOREENA FRABONI,
D. CHRISTENSEN,
MARK MELVIN,
LIEUTENANT QUEZADA, Special Investigative Services, FCI Englewood,
CAPTAIN SAPP,
LIEUTENANT STARCHER,
JOHN DOES 1-10, Unknown Federal Agents or Employees (FCI/USP Florence Does and USP Leavenworth Does and FCI Englewood Does),
JOHN DOES 11-15, Segregation Review Officials (SRO) for USP Leavenworth, USP McCreary, and FCI Englewood,
JOHN DOES 16-20, Unknown Federal Agents or Employees of the United States Marshal Service, and
ANDREW MATEVOUSIAN, Current Regional Director North Central Bureau of Prisons, Former Warden of Florence Correctional Complex and Florence Administrative Maximum,
LIEUTENANT ROBERT CORDOVA, Special Investigative Services, FCI Florence, and
BRADLEY GRIELICK, WARDEN FCI Englewood,

       Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the **Joint Motion to Continue Scheduling Conference and Related Deadlines** [#160] (the "Motion") filed by Plaintiff and the Served Defendants.[1] The Motion asserts that there is good cause to continue the Scheduling Conference because (1) counsel for the served Defendants does not yet have the authority to represent the three recently served defendants in their individual capacities (Matevousian, Grielick, and Cordova); (2) the Served Defendants' deadline to respond to the Fourth Amended Complaint is December 15, 2023, after the date of the current Scheduling Conference; and (3) the Served Defendants anticipate filing a motion to dismiss on multiple grounds, including lack of jurisdiction and qualified immunity, and intend to file a motion to stay discovery after the filing of a responsive pleading. *Id.* at 2. Finding good cause,

IT IS HEREBY **ORDERED** that the Joint Motion to Continue Scheduling Conference and Related Deadlines [#160] is **GRANTED**. The Scheduling Conference set for November 8, 2023, at 11:00 a.m. is **VACATED** and **RESET** to **December 19, 2023, at 10:30 am.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

IT IS FURTHER **ORDERED** that, **no later than December 12, 2023**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

Dated:   October 27, 2023

---

1 The 27 Served Defendants are the Federal Bureau of Prisons ("BOP"), the United States, Michelle Abraham, Ronald Batouche, Terra Brink, Kevin Caroll, D. Christensen, Robert Cordova, Loreena Fraboni, Alfred Garduno, Robert Giconi, Cathy Goetz, Bradley Grielick, Dustin Gustafson, Tonya Hawkins, Erlinda Hernandez, Jeffrey Kammrad, D.K. Lennon, Andre Matevousian, Mark Melvin, Lieutenant Quezada, Leann Reynolds, Captain Sapp, Lieutenant Starcher, Richard White, Donald Wilcox, and John Williams. *Id.* at 2 n. 1.